GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com
*Attorneys for Defendant Yorkshire Manor Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC ASSET-BACKED CERTIFICATES, SERIES 2005-16,<br><br>Plaintiff,<br><br>v.<br><br>YORKSHIRE MANOR ASSOCIATION; a Nevada Domestic Non Profit Corporation, ALYSSE V. CAMPAIGNE, an individual, JEFFREY B. CAMPAIGNE, an individual, DOE INDIVIDUALS 1-X and ROE CORPORATIONS X-XX;<br><br>Defendants.<br>_____/ | Case No.: 2:17-CV-01145-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR ASSOCIATION TO FILE ITS RESPONSIVE PLEADING**<br><br>[First Request] |

*IT IS HEREBY STIPULATED* between Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS Inc. Asset-Backed Certificates, Series 2005-16 ("Plaintiff"), by and through its counsel, McCarthy & Holthus, LLP, and Defendant, Yorkshire Manor Association (the "Association"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for the Association to file its responsive pleading to Plaintiff's Complaint up-to-and-including June 26, 2017.

Plaintiff filed its Complaint on or about April 25, 2017, and the Association was served on May 3, 2017. The deadline for the Association to file its responsive pleading to the Complaint is May 24, 2017.

Plaintiff and the Association (collectively referred to as the "Parties") stipulate and agree to extend the deadline for the Association's responsive pleading up-to-and-including June 26, 2017. The Parties are engaged in substantive settlement negotiations, and wish to conserve the time and resources of the Parties and the Court while such negotiations are ongoing. Therefore, good cause exists for the extension. This is the first request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 11th day of May, 2017.  DATED this 11th day of May, 2017.

**KERN & ASSOCIATES, LTD.**
 */s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant*
 *Yorkshire Manor Association*

**McCarthy & Holthus, LLP**
*/s/ Thomas N. Beckom, Esq.*
Thomas N. Beckom, Esq.
Nevada Bar No. 12554
MCCARTHY & HOLTHUS, LLP
9510 West Sahara Avenue, Ste. 200
Las Vegas, NV 89117
Tel: (702) 685-0329
Fax: (866) 339-5691
*Attorneys for Plaintiff*
*The Bank of New York Mellon*

## ORDER

***IT IS SO ORDERED***.

DATED this 12th day of May, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted By:*

 */s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Yorkshire Manor Association*

# CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR ASSOCIATION TO FILE ITS RESPONSIVE PLEADING*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**THOMAS BECKOM**             tbeckom@mccarthyholthus.com

**KRISTIN A SCHULER-HINTZ**   FDCNV@mccarthyholthus.com


     */s/ Christine A. Lamia*
An Employee of Kern & Associates, Ltd.