1  GAYLE A. KERN, ESQ.
2  Nevada Bar No. 1620
   KAREN M. AYARBE, ESQ.
3  Nevada Bar No. 3358
   KERN & ASSOCIATES, LTD.
4  5421 Kietzke Lane, Ste. 200
   Reno, Nevada 89511
5  Tel: (775) 324-5930
6  Fax: (775) 324-6173
   Email: gaylekern@kernltd.com
7  Email: karenayarbe@kernltd.com

8  *Attorneys for Defendant Yorkshire Manor Association*

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12  THE BANK OF NEW YORK MELLON FKA          Case No.:  2:17-CV-01145-RFB-VCF
    THE BANK OF NEW YORK, AS TRUSTEE
13  FOR  THE  CERTIFICATEHOLDERS  OF
    CWABS     INC     ASSET-BACKED
14  CERTIFICATES, SERIES 2005-16,           **STIPULATION  AND  ORDER  TO
                                            EXTEND     DEADLINE     FOR
15          Plaintiff,                      YORKSHIRE           MANOR
                                            ASSOCIATION  TO  ANSWER  OR
16  v.                                      OTHERWISE     RESPOND     TO
                                            COMPLAINT**
17

18  YORKSHIRE  MANOR  ASSOCIATION;  a           [Third Request]
    Nevada Domestic Non Profit Corporation,
19  ALYSSE V. CAMPAIGNE, an individual,
    JEFFREY B. CAMPAIGNE, an individual,
20  DOE  INDIVIDUALS  1-X  and  ROE
    CORPORATIONS X-XX;
21

22          Defendants.
23  _____/

24      ***IT IS HEREBY STIPULATED*** between Plaintiff, The Bank of New York Mellon fka The

25  Bank of New York, as Trustee for the Certificateholders of CWABS Inc. Asset-Backed

26  Certificates, Series 2005-16 ("Plaintiff"), by and through its counsel, McCarthy & Holthus, LLP,

27  and Defendant, Yorkshire Manor Association (the "Association"), by and through its counsel Kern

28

                                        1

& Associates, Ltd., to extend the deadline for the Association to answer or otherwise respond to Plaintiff's Complaint up-to-and-including August 25, 2017.

Pursuant to the prior Stipulation and Order to Extend Deadline for Yorkshire Manor Association to Answer or Otherwise Respond to Complaint (Second Request) filed June 22, 2017 (Doc. No. 14), the current deadline for the Association to file its answer or otherwise respond to the Complaint is July 26, 2017. Plaintiff and the Association (collectively referred to as the "Parties") again stipulate and agree to extend the deadline for the Association to answer or otherwise respond to the Complaint up-to-and-including August 25, 2017.

Undersigned counsel for the Association has been attempting to obtain authorization to proceed with settlement negotiations with Plaintiff's counsel. Due to the summer vacation season, the corresponding unavailability of various board members (who are actually unit owners with different schedules, serving on a voluntary board), and the legal requirements which must be met to obtain board authorization from a corporate client, undersigned Association counsel has been unable to obtain the necessary authority. It is anticipated that the Association's counsel will be able to obtain the necessary authority and proceed with substantive discussions within the next week to ten days.

In the continued interest of conserving the time and resources of this Court as well as the Parties hereto, the Parties have once again agreed and stipulated that the Association may have an additional thirty (30) days to answer or otherwise respond in order for counsel to determine whether this matter can be resolved. Therefore, good cause exists for the extension.

///

///

///

This is the third request for an extension of time with respect to this matter, and this request is not intended to cause delay or prejudice to any party.

DATED this 25th day of July, 2017.

*KERN & ASSOCIATES, LTD.*

 /s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant*
*Yorkshire Manor Association*

DATED this 25th day of July, 2017.

*MCCARTHY & HOLTHUS, LLP*

/s/ Thomas N. Beckom, Esq.
Thomas N. Beckom, Esq.
Nevada Bar No. 12554
9510 West Sahara Avenue, Ste. 200
Las Vegas, NV 89117
Tel: (702) 685-0329
Fax: (866) 339-5691
*Attorneys for Plaintiff*
*The Bank of New York Mellon*

## ORDER

*IT IS SO ORDERED*.

DATED this 28th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted By:*

 /s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant*
*Yorkshire Manor Association*

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## **CERTIFICATE OF SERVICE**

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR ASSOCIATION TO FILE ITS RESPONSIVE PLEADING (Third Request)*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**THOMAS BECKOM**            tbeckom@mccarthyholthus.com

**KRISTIN A SCHULER-HINTZ**    FDCNV@mccarthyholthus.com


 */s/ Christine A. Lamia*_____
An Employee of Kern & Associates, Ltd.