GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com
*Attorneys for Defendant Yorkshire Manor Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC ASSET-BACKED CERTIFICATES, SERIES 2005-16,<br><br>Plaintiff,<br><br>v.<br><br>YORKSHIRE MANOR ASSOCIATION; a Nevada Domestic Non Profit Corporation, ALYSSE V. CAMPAIGNE, an individual, JEFFREY B. CAMPAIGNE, an individual, DOE INDIVIDUALS 1-X and ROE CORPORATIONS X-XX;<br><br>Defendants.<br>_____/ | Case No.: 2:17-CV-01145-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Second Request] |

***IT IS HEREBY STIPULATED*** between Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS Inc. Asset-Backed Certificates, Series 2005-16 ("Plaintiff"), by and through its counsel, McCarthy & Holthus, LLP, and Defendant, Yorkshire Manor Association (the "Association"), by and through its counsel Kern & Associates, Ltd., to extend the deadline for the Association to answer or otherwise respond to Plaintiff's Complaint up-to-and-including July 26, 2017.

Pursuant to a prior Stipulation and Order, the current deadline for the Association to file its answer or otherwise respond to the Complaint is June 26, 2017.

Plaintiff and the Association (collectively referred to as the "Parties") stipulate and agree to extend the deadline for the Association to answer or otherwise respond to the Complaint up-to-and-including July 26, 2017. The Parties are engaged in continuing settlement negotiations and wish to conserve the time and resources of the Parties and the Court while such negotiations are ongoing. Therefore, good cause exists for the extension.

This is the second request for an extension of time with respect to this matter and is not intended to cause delay or prejudice to any party.

DATED this 22nd day of June, 2017.  DATED this 22nd day of June, 2017.

**KERN & ASSOCIATES, LTD.**  **McCarthy & Holthus, LLP**
 */s/ Karen M. Ayarbe, Esq.*   __*/s/ Thomas N. Beckom, Esq.*__
KAREN M. AYARBE, ESQ.  Thomas N. Beckom, Esq.
Nevada Bar No. 3358  Nevada Bar No. 12554
5421 Kietzke Lane, Ste. 200  MCCARTHY & HOLTHUS, LLP
Reno, NV 89511  9510 West Sahara Avenue, Ste. 200
Tel: (775) 324-5930  Las Vegas, NV 89117
Fax: (775) 324-6173  Tel: (702) 685-0329
*Attorneys for Defendant Yorkshire Manor*  Fax: (866) 339-5691
*Association*  *Attorneys for Plaintiff*
 *The Bank of New York Mellon*

**ORDER**

***IT IS SO ORDERED***.

DATED this 8th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
CAM FERENBACH

**Respectfully Submitted By:**

 */s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Yorkshire Manor Association*

# **CERTIFICATE OF SERVICE**

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR ASSOCIATION TO FILE ITS RESPONSIVE PLEADING (Second Request)*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**THOMAS BECKOM**  tbeckom@mccarthyholthus.com

**KRISTIN A SCHULER-HINTZ**  FDCNV@mccarthyholthus.com

  */s/ Christine A. Lamia*  
An Employee of Kern & Associates, Ltd.