GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: gaylekern@kernltd.com
Email: karenayarbe@kernltd.com
*Attorneys for Defendant Yorkshire Manor Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC ASSET-BACKED CERTIFICATES, SERIES 2005-16,<br><br>Plaintiff,<br><br>v.<br><br>YORKSHIRE MANOR ASSOCIATION; a Nevada Domestic Non Profit Corporation, ALYSSE V. CAMPAIGNE, an individual, JEFFREY B. CAMPAIGNE, an individual, DOE INDIVIDUALS 1-X and ROE CORPORATIONS X-XX;<br><br>Defendants.<br>_____/ | Case No.: 2:17-CV-01145-RFB-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR ASSOCIATION TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**<br><br>[Fourth Request] |

***IT IS HEREBY STIPULATED*** between Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS Inc. Asset-Backed Certificates, Series 2005-16 ("Plaintiff"), by and through its counsel, McCarthy & Holthus, LLP, and Defendant, Yorkshire Manor Association (the "Association"), by and through its counsel Kern

& Associates, Ltd., to extend the deadline for the Association to answer or otherwise respond to Plaintiff's Complaint up-to-and-including September 25, 2017.

Pursuant to the prior Stipulation and Order to Extend ("SAO to Extend") Deadline for Yorkshire Manor Association to Answer or Otherwise Respond to Complaint (Third Request) filed July 25, 2017 (ECF #16), the current deadline for the Association to file its answer or otherwise respond to the Complaint is August 25, 2017. Plaintiff and the Association (collectively referred to as the "Parties") again stipulate and agree to extend the deadline for the Association to answer or otherwise respond to the Complaint up-to-and-including September 25, 2017.

The Parties have been in settlement negotiations and anticipated being able to file a notice of pending settlement with the Court last week. However, undersigned counsel for Plaintiff has been attempting to obtain authorization to proceed with settlement negotiations with the Association's counsel. The undersigned apologize for the tardiness of this filing, but assure the Court that either a notice of pending settlement or responsive pleading will be placed on file prior to the September 25, 2017 deadline contained herein.

In the continued interest of conserving the time and resources of this Court as well as the Parties hereto, the Parties once again agree and stipulate that the Association may have an additional thirty (30) days in which to answer or otherwise respond in order for counsel to determine if this matter can be resolved.

///

///

///

///

///

This is the Parties' fourth request for an extension of time with respect to this matter, and this request is not intended to cause delay or prejudice to any party.

DATED this 28th day of August, 2017.

**KERN & ASSOCIATES, LTD.**

/s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
5421 Kietzke Lane, Ste. 200
Reno, NV 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
*Attorneys for Defendant*
*Yorkshire Manor Association*

DATED this 29th day of August, 2017.

**MCCARTHY & HOLTHUS, LLP**

/s/ Thomas N. Beckom, Esq.
Thomas N. Beckom, Esq.
Nevada Bar No. 12554
9510 West Sahara Avenue, Ste. 200
Las Vegas, NV 89117
Tel: (702) 685-0329
Fax: (866) 339-5691
*Attorneys for Plaintiff*
*The Bank of New York Mellon*

## **ORDER**

***IT IS SO ORDERED***.

DATED this 30th day of August, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

*Respectfully Submitted By:*

/s/ Karen M. Ayarbe, Esq.
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Yorkshire Manor Association*

# **CERTIFICATE OF SERVICE**

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***STIPULATION AND ORDER TO EXTEND DEADLINE FOR YORKSHIRE MANOR ASSOCIATION TO FILE ITS RESPONSIVE PLEADING (Fourth Request)*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**THOMAS BECKOM**     tbeckom@mccarthyholthus.com

**KRISTIN A SCHULER-HINTZ**     FDCNV@mccarthyholthus.com

           */s/ Christine A. Lamia*
           An Employee of Kern & Associates, Ltd.