GAYLE A. KERN, ESQ.
Nevada Bar No. 1620
KAREN M. AYARBE, ESQ.
Nevada Bar No. 3358
KERN & ASSOCIATES, LTD.
5421 Kietzke Lane, Ste. 200
Reno, Nevada 89511
Tel: (775) 324-5930
Fax: (775) 324-6173
Email: karenayarbe@kernltd.com
*Attorneys for Defendant Yorkshire Manor Association*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC ASSET-BACKED CERTIFICATES, SERIES 2005-16,<br><br>Plaintiff,<br><br>v.<br><br>YORKSHIRE MANOR ASSOCIATION; a Nevada Domestic Non Profit Corporation, ALYSSE V. CAMPAIGNE, an individual, JEFFREY B. CAMPAIGNE, an individual, DOE INDIVIDUALS 1-X and ROE CORPORATIONS X-XX;<br><br>Defendants. | Case No.: 2:17-CV-01145-RFB-VCF<br><br>**JOINT STATUS REPORT REGARDING PENDING SETTLEMENT** |

Plaintiff, The Bank of New York Mellon fka The Bank of New York, as Trustee for the Certificateholders of CWABS Inc. Asset-Backed Certificates, Series 2005-16 ("Plaintiff"), by and through its counsel, McCarthy & Holthus, LLP, and Defendant, Yorkshire Manor Association (the "Association"), by and through its counsel Kern & Associates, Ltd., hereby submit their Joint Status Report to the Court regarding the pending settlement in the above-entitled matter.

The parties and their respective counsel are still in the process of finalizing the necessary documents for review and execution in order to finalize the settlement. No impediment to settlement is anticipated. Given the varied schedules of the parties, and the remaining necessity of circulation of the settlement documents for final review and approval, the parties respectfully request that the Court allow for an additional forty-five (45) days from January 19, 2018, up to and including March 5, 2018, for completion of the settlement and filing of the dismissal documents.

DATED this 22nd day of January, 2018.            DATED this 22nd day of January, 2018.

*KERN & ASSOCIATES, LTD.*                         *McCarthy & Holthus, LLP*

*/s/ Karen M. Ayarbe, Esq.*                       */s/ Thomas N. Beckom, Esq.*
KAREN M. AYARBE, ESQ.                             Thomas N. Beckom, Esq.
Nevada Bar No. 3358                               Nevada Bar No. 12554
5421 Kietzke Lane, Ste. 200                       MCCARTHY & HOLTHUS, LLP
Reno, NV 89511                                    9510 West Sahara Avenue, Ste. 200
Tel: (775) 324-5930                               Las Vegas, NV 89117
Fax: (775) 324-6173                               Tel: (702) 685-0329
*Attorneys for Defendant*                         Fax: (866) 339-5691
 *Yorkshire Manor Association*                    *Attorneys for Plaintiff*
                                                  *The Bank of New York Mellon*

*Respectfully Submitted By:*

 */s/ Karen M. Ayarbe, Esq.*
KAREN M. AYARBE, ESQ.
*Attorneys for Defendant Yorkshire Manor Association*

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE
DATED:    1-23-2018

# CERTIFICATE OF SERVICE

Pursuant to the Fed. R. Civ. Proc. 5(b) and the United States District Court CM/ECF Electronic Filing Procedure IV(B), a true and correct copy of the foregoing ***JOINT STATUS REPORT REGARDING PENDING SETTLEMENT*** was transmitted electronically through the Court's e-filing electronic system to the attorney(s) associated with this case.

**THOMAS BECKOM**   tbeckom@mccarthyholthus.com
fdcnv@mccarthyholthus.com

**KRISTIN A SCHULER-HINTZ**   FDCNV@mccarthyholthus.com

DATED this 22nd day of January 2018.

　　　　　　　　　　　　　　　　　　　　_/s/ Christine A. Lamia_____
　　　　　　　　　　　　　　　　　　　　An Employee of Kern & Associates, Ltd.